IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| GLENDA BELCHER, | ) | |
|     Plaintiff | ) | |
| v. | ) | No. 3:05-cv-9 |
| KINDRED NURSING CENTERS LIMITED PARTNERSHIP, d/b/a JEFFERSON CITY HEALTH AND REHABILITATION FACILITY, | ) ) ) | |
|     Defendant | ) ) | |

## O R D E R

For the reasons set forth in the Memorandum Opinion this day passed to the Clerk for filing, it is hereby ORDERED that defendant's motion for summary judgment [Court File #15] is GRANTED, and this action is DISMISSED.

**E N T E R :**

                                                *s/ James H. Jarvis*
                                    UNITED STATES DISTRICT JUDGE